IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 02-10003-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW BURGOINE,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a letter postmarked April 28. 2004, from inmate and convicted felon Andrew Burgoine to the Honorable Hugh J. Morgan, United States Magistrate Judge, in which Burgoine accused Paul Vigil of committing perjury at Burgoine's Nebbia hearing and of defrauding Burgoine of his property. This Court appointed the Federal Public Defender to represent Burgoine.

THIS MATTER was referred to Magistrate Judge Morgan, who issued a Report and Recommendation dated May 5, 2006 (DE # 105), recommending that an Order to Show Cause be issued as to Anthony Burgoine, Paul Vigil, and Bondsman Rick Arenas. Burgoine filed an Objection (DE # 106).

UPON CONSIDERATION of the Report and Recommendation, and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation (DE # 105) is ADOPTED. It is additionally

ORDERED AND ADJUDGED that Anthony Burgoine, Paul Vigil, and Bondsman Rick

Arenas shall appear before this Court at **2:15 p.m.** on **October 25, 2007** in **Miami, Florida,** Courtroom 3, 11th Floor, James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida and show cause why they should not be held in criminal contempt of court based on the findings contained in the Magistrate Judge Morgan's Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of September, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

Rick Arenas
Rick Arenas Bail Bonds
1390 Northwest 16th Street
Miami, Florida  33125